IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:08-mj-00016 TAG |
| Plaintiff, ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS (Fed. R. Crim. P. 48 (a)) |
| v. ) | |
| JORGE ARTEAGA-SOTELO ) | |
| Defendant. ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to JORGE ARTEAGA-SOTELO, without prejudice and that the warrants previously issued for him be recalled. The charges against the defendant filed in the case of 1:08-mj-00182-DLB **ARE NOT** being dismissed and the defendant shall not be released from custody until further order of the Court.

IT IS SO ORDERED.

**Dated:   August 15, 2008**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

1